NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1385, -1419

FRANK T. SHUM,

Plaintiff-Appellant,

v.

INTEL CORPORATION, LIGHTLOGIC, INC.,
and JEAN-MARC VERDIELL,

Defendants-Cross Appellants.

- - - - - - - - - - - - - - - - - - - - - - -

2010-1109

FRANK T. SHUM,

Plaintiff-Appellant,

v.

INTEL CORPORATION, JEAN-MARC VERDIELL,
and LIGHTLOGIC, INC.,

Defendants-Appellees.

Appeals from the United States District Court for the Northern District of California in case no. 02-CV-3262, Senior Judge Lowell Jensen.

ON MOTION

ORDER

Upon consideration of the unopposed motions to withdraw, as counsel for Frank T. Shum, the attorneys from Townsend and Townsend and Crew LLP, and to substitute Gregory S. Cavallo of Shopoff & Cavallo LLP as principal counsel.

IT IS ORDERED THAT:

The motions are granted.

FOR THE COURT

APR 0 6 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:    Paul F. Kirsch, Esq.
       William F. Lee, Esq.
       Gregory S. Cavallo, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

APR 0 6 2010

**JAN HORBALY**
**CLERK**

2009-1385, -1419, 2010-1109          2